MILTON ZALE, Plaintiff-Appellant, v. THOMAS HESS, Defendant-Appellee.

(No. 57292;

First District (4th Division)—March 14, 1973.

Opinion by Mr. PRESIDING JUSTICE BURMAN.

Albert Brooks Friedman, of Chicago, (Roger Gold, of counsel,) for appellant.

Thomas Hess, *pro se.*